**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7100**

---

GARY E. COLLINS,

                                            Plaintiff - Appellant,

      versus

JANE A. GARDNER, Principal; MARILYN J. JAMES,
Library Technician; SOUTH CAROLINA DEPARTMENT
OF CORRECTIONS,

                                      Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg. Patrick Michael Duffy, District
Judge. (CA-00-540-7-23-BG)

---

Submitted: November 30, 2001     Decided: December 12, 2001

---

Before MOTZ and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Gary E. Collins, Appellant Pro Se. John Evans James, III, LEE,
ERTER, WILSON, JAMES, HOLLER & SMITH, L.L.C., Sumter, South Caro-
lina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gary E. Collins appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint and denying reconsideration of that order.  We have reviewed the record and the district court's opinion and orders accepting the magistrate judge's recommendation and find no reversible error.  Accordingly, we affirm the district court's orders.  See Collins v. Gardner, No. CA-00-540-7-23-BG (D.S.C. Mar. 30 and June 20, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2